**Dismissed and Opinion Filed September 4, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00908-CV

**TASHAYLA CRUM, Appellant**
**V.**
**CAMP WISDOM/WESTMORLAND LTD., Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-03906-C**

## MEMORANDUM OPINION

Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Miskel

This is an appeal from County Court at Law No. 3, Dallas County, Texas in a forcible-detainer action. By order dated August 15, 2024, we questioned our jurisdiction over this appeal because a motion filed by appellant reflected that the premises in question are being used for commercial and not residential purposes. We explained that this appeal is subject to dismissal for want of jurisdiction because § 24.007 of the Texas Property Code authorizes an appeal from a final judgment of a county court on the issue of possession in an eviction suit so long as the premises in question are being used for residential purposes. *See* TEX. PROP. CODE ANN.

§ 24.007. We cautioned appellant that this appeal may be dismissed without further notice if appellant did not file a letter brief by August 26, 2024, showing cause why the appeal should not be dismissed for want of jurisdiction.

In response to our order, appellant filed a letter wherein she concedes that the premises in question are being used for commercial purposes. But appellant does not explain why this Court has jurisdiction over her appeal. Appellant merely requests to remain in possession of the premises to give her more time to post a bond. Because the premises in question are being used for commercial purposes, this Court lacks jurisdiction over an appeal from the county court at law's judgment as it relates to the issue of possession. TEX. PROP. CODE ANN. § 24.007; *Yogurt Culture Inc. v. Houston House Ltd. P'ship*, No. 01-18-00658-CV, 2018 WL 4131144, at *1 (Tex. App.—Houston [1st Dist.] Aug. 30, 2018, no pet.) (mem. op.) (per curiam).

Accordingly, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

We also deny as moot appellant's August 15, 2024 motion for emergency stay.

/Emily Miskel/
EMILY MISKEL
JUSTICE

240908f.p05

–2–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TASHAYLA CRUM, Appellant

No. 05-24-00908-CV     V.

CAMP WISDOM/WESTMORLAND LTD., Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-24-03906-C.
Opinion delivered by Justice Miskel. Justices Smith and Breedlove participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 4th day of September, 2024.